IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOHN KEMET SHABAZZ EL,**

    Pro Se Plaintiff,

v.                  //     CIVIL ACTION NO. 1:10CV38
                                 (Judge Keeley)

**EDWIN DELGADO,**
Taylor County Deputy Sheriff,

**LEONARD LUCAS,**
a/k/a Lenard Lewis
Taylor County Magistrate,

**UNKNOWN FEMALE RECORD CLERK,**
Tygart Valley Regional Jail,

**UNKNOWN FEMALE NURSE,**
Tygart Valley Regional Jail, and

**SUPERINTENDENT,**
C.E.O. of Tygart Valley Regional Jail,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (DKT. 55) AND DISMISSING CASE FOR FAILURE TO PROSECUTE

On August 4, 2011, United States Magistrate Judge John S. Kaull issued a report and recommendation ("R&R"), concluding that the Court should dismiss this case for failure to prosecute. The R&R directed the pro se plaintiff, John Kemet Shabazz El ("El"), to file any objections to its recommendation within fourteen days of receiving service.

**EL v. DELGADO, ET AL.**                                              **1:10CV38**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

El received service of the objections on August 6, 2011, and has filed no objections. The Court concludes, as did the magistrate judge in the R&R, that El has abandoned this suit. Accordingly, the Court **ADOPTS** the R&R (dkt. 55) in its entirety, and **DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute. Because El is proceeding pro se, the Court notes that any party wishing to appeal this dismissal must file a notice of appeal with the Clerk of this Court within thirty days of the entry of judgment in this matter.

It is so **ORDERED.**

The Court directs the Clerk to prepare a separate judgment order and to transmit copies of both orders to counsel of record and to the pro se plaintiff via certified mail, return receipt requested.

DATED: August 24, 2011.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE